PROB 12C
(6/16)

Report Date: July 5, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Filiberto Ariza, Jr.    Case Number: 0980 2:16CR00084-WFN-1

Address of Offender:                     , Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 14, 2017

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:   Prison - 34 months          Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Daniel Hugo Fruchter         Date Supervision Commenced: November 16, 2018

Defense Attorney:    Colin G. Prince              Date Supervision Expires: November 15, 2021

## PETITIONING THE COURT

To issue a summons and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/08/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 4**: You must be truthful when responding to the questions asked by the probation officer. |
| | **Supporting Evidence**: Mr. Ariza is alleged to have violated standard condition number 4 by not being truthful to the undersigned officer about his employment on or about June 27, 2019. |
| | On June 27, 2019, the undersigned officer received notification from Pioneer Human Services (PHS) that Mr. Ariza was attempting to reschedule an individual counseling session. PHS staff attempted to call him but were unsuccessful. |
| | The undersigned officer was able to reach Mr. Ariza by phone to question why he was attempting to reschedule. He informed the undersigned officer he was now employed with Twisted Pines Landscaping and working. |
| | On July 2, 2019, the undersigned officer called Twisted Pines Landscaping and spoke with Damon, the owner. He informed the undersigned officer that he had been in contact with Mr. Ariza about employment but Mr. Ariza has yet to officially be hired nor has he done any official labor with his company. |

Prob12C
Re: Ariza, Jose Filiberto Jr.
July 5, 2019
Page 2

On November 16, 2018, Mr. Ariza reported to the U.S. Probation Office for the purpose of an intake. It was at that time Mr. Ariza was informed of all mandatory, standard, and special conditions of supervised release. Mr. Ariza signed his judgment acknowledging he understood his conditions of supervised release, to include standard condition number 4.

4      **Standard Condition #10:** You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e. anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers.)

**Supporting Evidence:** Mr. Ariza is alleged to have been in possession of ammunition, specifically a .45 caliber ammunition round, on July 2, 2019.

On July 2, 2019, Mr. Ariza reported to the Washington State Department of Corrections (DOC) to meet with his supervising community corrections officer. He was asked to provide a urine sample for testing. Once in the restroom, Mr. Ariza began to empty the contents of his jean pockets onto the counter top. His community corrections officer observed a live round of ammunition sitting amongst loose change. Without being prompted, Mr. Ariza stated he was sorry and claimed to pick up the ammunition on his way to the office. The ammunition was inspected and had identifiers noting it as a federal .45 caliber automatic round.

On November 16, 2018, Mr. Ariza reported to the U.S. Probation Office for the purpose of an intake. It was at that time Mr. Ariza was informed of all mandatory, standard, and special conditions of supervised release. Mr. Ariza signed his judgment acknowledging he understood his conditions of supervised release, to include standard condition number 10.

5      **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Mr. Ariza is alleged to have used methamphetamine and opiates on or about July 2, 2019.

On July 2, 2019, Mr. Ariza reported to the Washington State DOC to meet with his supervising community corrections officer. He was asked to provide a urine sample for testing. The results of the urinalysis showed a presumptive positive test for methamphetamine and opiates. When questioned by his supervising community corrections officer about the positive urinalysis test, Mr. Ariza admitted to using controlled substances approximately "3 days ago."

On November 16, 2018, Mr. Ariza reported to the U.S. Probation Office for the purpose of an intake. It was at that time Mr. Ariza was informed of all mandatory, standard, and special conditions of supervised release. Mr. Ariza signed his judgment acknowledging he understood his conditions of supervised release, to include special condition number 3.

Prob12C
**Re: Ariza, Jose Filiberto Jr.**
**July 5, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to **issue a summons** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/05/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

7/8/2019

Date