PROB 12C
(6/16)

Report Date: August 24, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 24, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Filiberto Ariza, Jr.                Case Number: 0980 2:16CR00084-WFN-1

Address of Offender:                Royal City, Washington 99357

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 14, 2017

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:   Prison - 34 months            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:  Daniel Hugo Fruchter         Date Supervision Commenced: November 16, 2018

Defense Attorney:     Colin G. Prince              Date Supervision Expires: November 15, 2021

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 4**: You must be truthful when responding to the questions asked by the probation officer.<br><br>**Supporting Evidence**: Mr. Ariza, Jr. is alleged to have violated standard condition number 4 by not being truthful to U.S. Probation about his use of controlled substances on or about August 20, 2020.<br><br>On November 16, 2018, Mr. Ariza, Jr. reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. Mr. Ariza, Jr. signed his judgment, acknowledging he understood his conditions of supervised release, to include standard condition number 4.<br><br>On August 20, 2020, the undersigned contacted the offender at his residence in Royal City, Washington. During the home visit, the undersigned questioned Mr. Ariza, Jr. about his sobriety. The offender informed the undersigned that he is maintaining his sobriety and has not consumed any controlled substances.<br><br>At the conclusion of the home visit, Mr. Ariza, Jr. was directed to report to Social Treatment Opportunity Programs (STOP) in Moses Lake to provide a urinalysis (UA) test. The offender went to STOP as directed and provided a presumptive positive UA for the presence |

Prob12C
**Re: Ariza, Jr., Jose Filiberto**
**August 24, 2020**
**Page 2**

        of methamphetamine. After providing the UA, Mr. Ariza, Jr. admitted to a U.S. Probation officer that he consumed controlled substances. Mr. Ariza, Jr. would not disclose when his last drug use was.

2        **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence:** Mr. Ariza, Jr. is alleged to have used methamphetamine on or about August 20, 2020.

        On November 16, 2018, Mr. Ariza, Jr. reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. Mr. Ariza, Jr. signed his judgment, acknowledging he understood his conditions of supervised release, to include special condition number 3.

        On August 20, 2020, The offender reported to STOP as directed to provide a UA. After providing a presumptive positive UA, he eventually admitted to consuming methamphetamine. Mr. Ariza, Jr. refused to provide the treatment provider or a U.S. Probation officer with the date he consumed controlled substances.

3        **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence:** Mr. Ariza, Jr. is alleged to have failed to report for his color line UA testing on August 13, 2020.

        On November 16, 2018, Mr. Ariza, Jr. reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. Mr. Ariza, Jr. signed his judgment, acknowledging he understood his conditions of supervised release, to include special condition number 3.

        On August 17, 2020, U.S. Probation received information that the offender failed to show up for his colorline UA testing on August 13, 2020. U.S. Probation unsuccessfully attempted to contact Mr. Ariza, Jr. on August 17 and 18, 2020, after learning about the offender missing his colorline UA.

        On August 20, 2020, Mr. Ariza, Jr. informed the undersigned that his cell phone is no longer working and he did not have the ability to call the colorline.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring Jose Filiberto Ariza, Jr. to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Ariza, Jr., Jose Filiberto**
**August 24, 2020**
**Page 3**

                I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/24/2020

s/Phil Casey

Phil J. Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

8/24/2020
Date