PROB 12C
(6/16)

Report Date: September 2, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Filiberto Ariza, Jr.    Case Number: 0980 2:16CR00084-WFN-1

Address of Offender:                             City, Washington 99357

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 14, 2017

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:   Prison - 34 months              Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Daniel Hugo Fruchter          Date Supervision Commenced: November 16, 2018

Defense Attorney:    Colin G. Prince               Date Supervision Expires: November 15, 2021

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on August 24, 2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:** Mr. Ariza, Jr. is alleged to have failed to report for his colorline urinalysis (UA) test on August 26, 2020.<br><br>On November 16, 2018, Mr. Ariza, Jr. reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of his supervised release. Mr. Ariza, Jr. signed his judgment, acknowledging he understood his conditions of supervised release, to include special condition number 3.<br><br>On August 31, 2020, U.S. Probation received information that the offender failed to report for his colorline UA testing at Social Treatment Opportunity Programs (STOP) on August 26, 2020. Mr. Ariza, Jr. was arrested for a new alleged crime before U.S. Probation had the opportunity to contact him to discuss his missed UA. |

5      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Ariza, Jr. allegedly violated mandatory condition number 1 on August 30, 2020, by allegedly committing Unlawful Imprisonment Domestic Violence, in violation of Revised Code of Washington (RCW) 9A.40.040; Grant County Superior Court cause number 20-1-00271-13 (see narrative in violation 7, noted below).

On November 16, 2018, Mr. Ariza, Jr. reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of his supervised release. Mr. Ariza, Jr. signed his judgment, acknowledging he understood his conditions of supervised release, to include mandatory condition number 1 as noted above.

6      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Ariza, Jr. allegedly violated mandatory condition number 1 on August 30, 2020, by allegedly committing Fourth Degree Assault- Domestic Violence, in violation of RCW 9A.36.041.2; Grant County Superior Court cause number 20-1-00271-13 (see narrative in violation 7, noted below).

On November 16, 2018, Mr. Ariza, Jr. reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. Mr. Ariza, Jr. signed his judgment, acknowledging he understood his conditions of supervised release, to include mandatory condition number 1 as noted above.

7      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Ariza, Jr. allegedly violated mandatory condition number 1 on August 30, 2020, by allegedly Obstructing a Law Enforcement Officer, in violation of RCW 9A.76.020; Grant County Superior Court cause number 20-1-00271-13.

On November 16, 2018, Mr. Ariza, Jr. reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. Mr. Ariza, Jr. signed his judgment, acknowledging he understood his conditions of supervised release, to include mandatory condition number 1 as noted above.

According to the Royal City Police Department (RCPD) report, arrest number 20RCA021, the following occurred: On August 30, 2020, RCPD was dispatched to 327 Balsam Street #1 in Royal City, Washington, in reference to a physical domestic. RCPD arrived at the residence and did not hear anything inside the residence. RCPD knocked and announced and did not get any response.

RCPD contacted the reporting party and was able to confirm Mr. Ariza, Jr. and the victim were still inside the residence. RCPD contacted the landlord and the landlord provided RCPD with keys for the apartment. RCPD returned to the residence, knocked and announced several more times and there was no answer. However, RCPD heard what

Prob12C
**Re: Ariza, Jr., Jose Filiberto**
**September 2, 2020**
**Page 3**

sounded like a shotgun being pumped and/or racked, as well as movement within the residence. RCPD waited for other law enforcement officers to arrive and provide assistance.

After other law enforcement officers arrived, RCPD once again knocked and announced for a long period of time with no response. Based on the information that was received from the reporting party and due to a previous incident involving Mr. Ariza, Jr. and the victim, RCPD determined that they would force entry into the residence.

RCPD unlocked the rear door of the residence and pushed the door open. Once the door was open, RCPD could hear a male voice inside and saw a female sitting down, holding a small child. RCPD ordered Mr. Ariza, Jr. to walk to the door showing his hands. The offender did not follow directives. RCPD saw Mr. Ariza, Jr. squatting down behind a piece of furniture. RCPD once again ordered the offender to walk to the door and the offender did not follow directives. RCPD then told the victim to step outside and she did not listen. Law enforcement believes Mr. Ariza, Jr. was instructing the victim not to follow directives.

Mr. Ariza, Jr. then stood up and appeared to be holding the victim in a manner similar to a hostage situation; however, RCPD did not see any weapons. The offender then walked to the door and closed it. RCPD opened the door again and entered the residence. RCPD was able to get the victim and small child out of the residence. Once the victim and child were safe, Mr. Ariza. Jr. continued to resist officer's directives but was eventually placed in hand cuffs and leg restraints.

After the offender was arrested, the victim informed RCDP that she wanted to leave the residence and Mr. Ariza, Jr. would not let her leave. The victim stated the offender locked the doors and pulled her away from the exit by her arms. The victim experienced pain when the offender squeezed her arms. In return, the victim bit Mr. Ariza, Jr. because he would not let her go and she told the offender to let her go so she could leave. The offender refused to let her leave the residence.

Mr. Ariza, Jr. is currently in Grant County Jail and his next court date in Grant County Superior Court for cause number 20-1-01291-39, is set for September 14, 2020.

The U.S. Probation Office respectfully recommends the Court to issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/02/2020

s/Phil Casey

Phil J. Casey
U.S. Probation Officer

Prob12C
**Re: Ariza, Jr., Jose Filiberto**
**September 2, 2020**
**Page 4**

THE COURT ORDERS

- [ ]  No Action
- [X]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

_____
Signature of Judicial Officer

_9/2/2020_____
Date