PROB 12C
(6/16)

Report Date: October 26, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Filiberto Ariza, Jr.    Case Number: 0980 2:16CR00084-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 14, 2017

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:    Prison - 34 months            Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:    Daniel Hugo Fruchter    Date Supervision Commenced: November 16, 2018

Defense Attorney:    Colin G. Prince    Date Supervision Expires: November 15, 2021

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on August 24, and September 2, 2020.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 8 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Ariza, Jr. allegedly violated mandatory condition number 1 on July 2, 2019, by being a felon in possession of ammunition, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).<br><br>On November 16, 2018, Mr. Ariza, Jr. reported to the U.S. Probation Office for the purpose of an intake.  It was at that time the offender was informed of all mandatory, standard, and special conditions of his supervised release.  Mr. Ariza, Jr. signed his judgment, acknowledging he understood his conditions of supervised release, to include mandatory condition number 1 as noted above.<br><br>According to the indictment for case number 2:20-cr-00139-WFN-1, the following occurred: "On or about July 2, 2019, in the Eastern District of Washington, Jose Filiberto Ariza, Jr., knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, ammunition, to wit: a single round of Federal, .45 Auto caliber ammunition, bearing head stamp "Federal 45 Auto," which ammunition had theretofore been transported in interstate and/or foreign commerce." |

Prob12C
# Re: Ariza, Jr., Jose Filiberto
**October 26 , 2020**
**Page 2**

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/26/2020

s/Phil Casey

Phil J. Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

10/26/2020
Date